[5:05:44 PM] *** UNDERCOVER would like to add you on Skype

Hi Matt, I'd like to add you as a contact. ***
[5:55:19 PM] *** Matt has shared contact details with UNDERCOVER. ***
[5:55:27 PM] Matt: Hey man
[5:55:51 PM] UNDERCOVER: hey bro
[5:56:03 PM] Matt: Wassup, where we meet
[5:56:08 PM] Matt: Into?
[5:56:29 PM] UNDERCOVER: ur a random add, just trolling for pervs
[5:56:49 PM] UNDERCOVER: im no limit....;0
[5:57:03 PM] Matt: Gotcha, and zero limits here as well
[5:57:15 PM] UNDERCOVER: nice, there r alot of us out there!
[5:57:21 PM] Matt: Fuck yes
[5:57:25 PM] Matt: Love it sick
[5:57:32 PM] Matt: And v yng
[5:57:33 PM] UNDERCOVER: u active?
[5:59:10 PM] Matt: A little, you
[6:01:36 PM] Matt: U collect vids
[6:03:26 PM] UNDERCOVER: i love to look at vids but dont have a collection of my own
[6:03:56 PM] UNDERCOVER: i have a 14 y o boi, alkl i gota do is buy him league of legends gift cards and stuff and he lets me fuck him
[6:04:01 PM] UNDERCOVER: u collect?
[6:04:32 PM] Matt: Nice I currently play with the 15 and 17
[6:04:52 PM] Matt: Yes
[6:06:28 PM] UNDERCOVER: nice, im tryin to get dakotas yngr bro more comfy with me, so far just some wrestling and stuff
[6:06:30 PM] UNDERCOVER: he is 12
[6:07:05 PM] Matt: Even better
[6:07:24 PM] UNDERCOVER: keegan is 12
[6:07:33 PM] UNDERCOVER: wat r u bois names if u dont mind sharing
[6:08:02 PM] UNDERCOVER: fuk im sitting in my office secretly perving lol
[6:08:10 PM] Matt: Dylan
[6:08:23 PM] UNDERCOVER: nice name
[6:08:47 PM] UNDERCOVER: wats the yngest in ur collection and do u have a fav series?
[6:09:02 PM] UNDERCOVER: u ever seen babyshi?
[6:16:20 PM] UNDERCOVER: sorry u must b busy

| File Name | Type |
| --- | --- |
| full.mov | Incoming File Transfer |

| | |
|---|---|
| HDV_0151 (5yo Sam).avi | Incoming File Transfer |
| Boy Man Boy p1020386 Dad 4Yo{Efa5Abef}.mpg | Outgoing File Transfer |
| 2011 Toddler Cookie04 - Exploringthetemple.avi | Incoming File Transfer |
| cogida a nene_4.06m.MP4 | Outgoing File Transfer |
| 100_1944.MOV | Incoming File Transfer |
| NIghtvision.MPG | Outgoing File Transfer |
| MyVideo-01.ASF | Outgoing File Transfer |
| MyVideo-02.ASF | Outgoing File Transfer |
| VIDEO_003.3gpp | Incoming File Transfer |
| vcam_skype - 16yo james humps his naked 2yo bro til he cums on him.avi | Outgoing File Transfer |
| Toddler anal xxxx.mpg | Outgoing File Transfer |
| toddler boy - AVSEQ04.DAT.mpg | Outgoing File Transfer |
| VID_20130402_172612.3gp | Outgoing File Transfer |
| TAF.mp4 | Outgoing File Transfer |
| spring showers.mov | Incoming File Transfer |
| MOV_0005.mp4 | Outgoing File Transfer |
| MOV00143.mpg | Outgoing File Transfer |
| MOV00155.mpg | Outgoing File Transfer |
| MOV00156.mpg | Outgoing File Transfer |
| torchat_incoming_gomksm_Newest Pt lill Boy Mov01886 Sleep Play & Cum Nice-Bigd.mpg | Incoming File Transfer |
| PTHC toddler girl daphne diaper(Tender) bum yum diaper baby_babyshivid pedo 1yo 2yo 3yo 4yo 5yo private inces.mpg | Incoming File Transfer |
| Simple.7z | Outgoing File Transfer |
| 002.mpg | Incoming File Transfer |

| | |
|---|---|
| Andy 4yo anal.wmv | Incoming File Transfer |