# WFTS TAMPA BAY

WEATHER   DRIVING TAMPA BAY FORWARD   ALL SECTIONS

BY: WFTS Webteam, Erik Waxler
POSTED: 1:17 PM, Nov 1, 2017
UPDATED: 6:55 PM, Nov 1, 2017



TAKING ACTION FOR YOU

PASCO SCHOOLS EMPLOYEE ARRESTED FOR CHILD PORN
ACCUSED OF SENDING GRAPHIC MESSAGES TO AGENT