Pasco County

# U.S. Prosecutor: Pasco Schools employee 'involved in live production of child porn on the internet'

**By:** Ryan Hughes

Posted. Nov 02, 2017 05:50 AM EDT
Updated: Nov 02, 2017 05:50 AM EDT

   



